# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3424
LT Case No. 35-2009-CF-003430-A

_____

CHRISTOPHER R. DOUGLAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Lake County.
Cary Frank Rada, Judge.

Christopher R. Douglas, Tavares, pro se.

Ashley Moody, Attorney General, Tallahassee,
Stephen R. Putnam, Jr., Assistant Attorney
General, Daytona Beach, for Appellee.


December 26, 2023


PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____